# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ESCOBEDO,<br><br>                        Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                        Defendant. | Case No.: 19cv869-LAB (AHG)<br><br>**ORDER OF DISMISSAL** |

On July 15, 2019, Plaintiff Victoria Escobedo, proceeding *pro se* and *in forma pauperis*, filed an amended civil complaint against Defendant Andrew M. Saul, Commissioner of Social Security, seeking judicial review of the denial of her application for social security disability and supplemental security income benefits.  ECF No. 6.  Pursuant to a briefing schedule set by Magistrate Judge Allison H. Goddard, Escobedo was to file her merits brief no later than February 11, 2020.  ECF No. 20.  When she failed to file her brief by that date, Judge Goddard directed Escobedo to show cause why the case should not be dismissed for failure to prosecute.  ECF No. 21.  Escobedo responded that she was relying a friend to help file her papers, and that neither she nor her friend had knowledge of the law.  ECF No. 23.  Finding good cause, Judge Goddard granted Escobedo an extension to file her merits brief through April 17, 2020.  ECF No. 24.  Escobedo again missed the deadline.  On April 21, 2020, Judge Goddard issued a final order instructing Escobedo to file her merits

brief by May 12, 2020 or face dismissal of her action. The deadline has again come and gone, but Escobedo has still not filed her merits brief.

In light of Escobedo's repeated failure to meet court-imposed deadlines, this action is **DISMISSED** for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See also In re Wright*, 659 F. App'x 438, 439 (9th Cir. 2016) (affirming a district court's dismissal for failure to prosecute where the district court warned the party that failure to file a brief would result in dismissal). The clerk is directed to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated: May 13, 2020

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge